FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY AMBER WASS, <br><br> Defendant. | NO.: MJ CR 13-01010-DUTY <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a "no bail" warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

1  based on her failure to proffer any evidence to meet her burden
2  on this issue;
3  and
4  B.  (X)  The defendant has not met her burden of establishing by
5  clear and convincing evidence that she is not likely to pose a
6  danger to the safety of any other person or the community if
7  released under 18 U.S.C. § 3142(b) or (c). This finding is
8  based on her failure to proffer any evidence to meet her burden
9  on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: April 4, 2013

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2